IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

TODD JAGER,

    Plaintiff,

v.                                                            CV No. 18-743 GBW/CG

JAMES MULHERON, et al.,

    Defendants.

## ORDER VACATING INITIAL SCHEDULING ORDER
## AND RULE 16 SCHEDULING CONFERENCE

**THIS MATTER** is before the Court on *Defendant James Mulheron's Unopposed Motion for Stay of Discovery and Stay of Scheduling Order Deadlines Pending a Ruling on Defendant's Motion to Dismiss*, (Doc. 22), filed September 28, 2018. The parties ask the Court to stay the discovery deadlines in this case pending a ruling on Defendant Mulheron's Motion to Dismiss, (Doc. 18), which is based on qualified immunity. The Court, having read the Motion, noting it is unopposed, and being otherwise fully advised, finds that the Motion is well-taken and should be **GRANTED**.

**IT IS THEREFORE ORDERED** that *Defendant James Mulheron's Unopposed Motion for Stay of Discovery and Stay of Scheduling Order Deadlines Pending a Ruling on Defendant's Motion to Dismiss*, (Doc. 22), is **GRANTED** and discovery is stayed pending a ruling on Defendant Mulheron's Motion to Dismiss, (Doc. 18).

**IT IS FURTHER ORDERED** that the Court's *Initial Scheduling Order*, (Doc. 14), and the Telephonic Rule 16 Scheduling Conference set for October 23, 2018 at 3:00 p.m. are **VACATED**.

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE