**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

TODD JAGER,

      Plaintiff,

v.                                              CV No. 18-743 GBW/CG

JAMES MULHERON, et al.,

      Defendants.

## <ins>ORDER ADOPTING JOINT STATUS REPORT</ins>
## <ins>AND PROVISIONAL DISCOVERY PLAN</ins>

**THIS MATTER** came before the Court on a Rule 16 initial scheduling conference.

Following a review of the parties' *Joint Status Report and Provisional Discovery Plan*,

(Doc. 41), filed January 3, 2019. The Court adopts the *Joint Status Report and*

*Provisional Discovery Plan* as modified by the dates designated in the Court's

*Scheduling Order*, (Doc. 54).

_____

THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE