**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

TODD JAGER,

       Plaintiff,

v.                                CV No. 18-743 GBW/CG

JAMES MULHERON, et al.,

       Defendants.

## ORDER GRANTING UNOPPOSED MOTION TO
## EXTEND DEADLINES TO JOIN PARTIES AND AMEND THE PLEADINGS

**THIS MATTER** is before the Court on the parties' *Stipulated Motion to Extend the Deadlines to Join Additional Parties and Amend Pleadings*, (Doc. 68), filed February 22, 2019. The parties ask to extend their deadlines to join parties and amend the pleadings due to delays in scheduling the deposition of Defendant Centurion Correctional Healthcare's Rule 30(b)(6) designee. The Court, having considered the Motion and noting it is unopposed, finds that the motion is well-taken and should be **GRANTED**.

**IT IS THEREFORE ORDERED** that the parties' *Stipulated Motion to Extend the Deadlines to Join Additional Parties and Amend Pleadings*, (Doc. 68), is **GRANTED**. Plaintiff's deadline to join parties and amend the pleadings is extended to **May 1, 2019**, and Defendants' deadline to join parties and amend the pleadings is extended to **May 31, 2019**.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE