# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

TODD JAGER,

       Plaintiff,

v.                                                                                     CV No. 18-743 GBW/CG

JAMES MULHERON, et al.,

       Defendants.

## ORDER GRANTING STIPULATED MOTION TO EXTEND DISCOVERY DEADLINES

**THIS MATTER** is before the Court on the parties' *Stipulated Motion to Extend the Discovery Deadlines*, (Doc. 74), filed March 29, 2019. The parties ask to extend the scheduling order deadlines due to delays in gathering necessary records. The Court, having considered the Motion and noting it is unopposed, finds that the motion is well-taken and should be **GRANTED**.

**IT IS THEREFORE ORDERED** that the parties' *Stipulated Motion to Extend the Discovery Deadlines*, (Doc. 74), is **GRANTED**, and the scheduling order is modified as follows:

1. Plaintiff shall identify expert witnesses and provide expert reports by **June 5, 2019**.

2. Defendants shall identify expert witnesses and provide expert reports by **July 5, 2019**.

3. The termination date for discovery is **August 5, 2019**.

4. Motions relating to discovery shall be filed by **August 26, 2019**.

5. Pretrial motions, other than those relating to discovery, shall be filed by **August 29, 2019**.

Counsel are directed to file a consolidated final Pretrial Order as follows: Plaintiff to Defendants on or before **September 23, 2019**; Defendants to the Court on or before **October 7, 2019**.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE