**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

TODD JAGER,

    Plaintiff,

v.                                                             CV No. 18-743 GBW/CG

CENTURION CORRECTIONAL
HEALTHCARE OF NEW MEXICO, LLC, et al.,

    Defendants.

## ORDER GRANTING PLAINTIFF'S
## MOTION TO FILE SECOND AMENDED COMPLAINT

**THIS MATTER** is before the Court on Plaintiffs' *Motion for Leave to File Second Amended Complaint*, (Doc. 77), filed May 1, 2019. Plaintiff requests leave of Court to file a second amended complaint that adds additional claims and defendants. *Id.* at 1-2. Plaintiff further states that amending the complaint will not prejudice Defendants because the new defendants will be represented by the attorney representing the Centurion Defendants, who has participated in all discovery and depositions. *Id.* at 2. Having reviewed the motion, noting that it is unopposed, and being otherwise fully advised, the Court Finds that the motion is well taken and should be **GRANTED**

    **IT IS THEREFORE ORDERED** that Plaintiffs' *Motion for Leave to File Second Amended Complaint*, (Doc. 77), is **GRANTED** and Plaintiff shall file his second amended complaint by **May 8, 2019**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE