**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

TODD JAGER,

    Plaintiff,

v.                                       CV No. 18-743 GBW/CG

CENTURION CORRECTIONAL
HEALTHCARE OF NEW MEXICO, LLC, et al.,

    Defendants.

## ORDER GRANTING PLAINTIFF'S
## MOTION TO FILE THIRD AMENDED COMPLAINT

**THIS MATTER** is before the Court on Plaintiffs' *Motion for Leave to File Third Amended Complaint*, (Doc. 86), filed May 22, 2019. Plaintiff requests leave of Court to file a third amended complaint that adds additional defendants. *Id.* at 1-3. Plaintiff further states that amending the complaint will not prejudice Defendants because the new defendants will be represented by the attorney representing the Centurion Defendants, who has participated in all discovery and depositions. *Id.* at 2-3. Having reviewed the motion, noting that it is unopposed, and being otherwise fully advised, the Court Finds that the motion is well taken and should be **GRANTED**

    **IT IS THEREFORE ORDERED** that Plaintiffs' *Motion for Leave to File Third Amended Complaint*, (Doc. 86), is **GRANTED** and Plaintiff shall file his third amended complaint by **May 31, 2019**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE