**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

TODD JAGER,

       Plaintiff,

v.                                         CV No. 18-743 GBW/CG

JAMES MULHERON, et al.,

       Defendants.

## <u>ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINE</u>

**THIS MATTER** is before the Court on the parties' *Stipulated Motion to Extend the Discovery Deadline*, (Doc. 113), filed July 31, 2019. The parties state that they have experienced delays in setting out-of-state expert witness depositions by the current discovery deadline of August 5, 2019. Therefore, the parties ask to extend their discovery deadline to September 30, 2019, to allow them to take those depositions. The Court, having considered the Motion and noting it is unopposed, finds that the motion is well-taken and should be **GRANTED**.

**IT IS THEREFORE ORDERED** that the parties' *Stipulated Motion to Extend the Discovery Deadline*, (Doc. 113), is **GRANTED** and the parties' deadline for taking out-of-state expert witness depositions is extended to **September 30, 2019**. All other deadlines shall remain as currently set.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE