# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

TODD JAGER,

      Plaintiff,

v.                                                            CV No. 18-743 GBW/CG

JAMES MULHERON, et al.,

      Defendants.

## ORDER GRANTING UNOPPOSED MOTION TO EXTEND
## DISPOSITIVE MOTIONS DEADLINE

**THIS MATTER** is before the Court on the parties' *Unopposed Motion to Extend the Discovery Deadline*, (Doc. 117), filed August 16, 2019. The parties ask to extend the deadline for dispositive motions from August 29, 2019, to October 15, 2019. As grounds for the extension, the parties state it would be a more efficient use of resources to focus on the August 28, 2019, settlement conference, rather than briefing dispositive motions. The Court, having considered the Motion and noting it is unopposed, finds that the motion is well-taken and should be **GRANTED**.

**IT IS THEREFORE ORDERED** that the parties' *Unopposed Motion to Extend the Discovery Deadline*, (Doc. 117), is **GRANTED**, and the parties' deadline for filing pretrial motions, other than those relating to discovery, is **October 15, 2019**.

    **IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE