# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

TODD JAGER,

    Plaintiff,

v.                                                                                              CV No. 18-743 GBW/CG

JAMES MULHERON, et al.,

    Defendants.

## ORDER VACATING SETTLEMENT CONFERENCE

**THIS MATTER** is before the Court upon conferring with counsel at the status conference held on August 20, 2019. Counsel for both parties state the case would be in a better position for a settlement conference after the parties complete discovery and finish briefing their dispositive motions.

**IT IS THEREFORE ORDERED** that the settlement conference scheduled for August 28, 2019, at 9:00 a.m. is hereby **VACATED**. The Court will set a status conference when the parties' dispositive motions are briefed.

                                                                 THE HONORABLE CARMEN E. GARZA
                                                                  UNITED STATES MAGISTRATE JUDGE