IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

TODD JAGER,

    Plaintiff,

v.                                                                     CV No. 18-743 GBW/CG

JAMES MULHERON, et al.,

    Defendants.

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

**THIS MATTER** is before the Court upon review of the record. **IT IS HEREBY ORDERED** that a hearing will be held by telephone on **December 17, 2019, at 1:30 p.m.** Parties shall call Judge Garza's AT&T Teleconference line at (877) 810-9415, follow the prompts, and enter the Access Code 7467959, to be connected to the proceedings.

                                                              THE HONORABLE CARMEN E. GARZA
                                                              CHIEF UNITED STATES MAGISTRATE JUDGE