IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

TODD JAGER,

    Plaintiff,

v.                                                       Civ. No. 18-743 GBW/CG

JOSE G. ANDRADE-BARRAZA, *et al.*,

    Defendants.

## **ORDER GRANTING LEAVE TO FILE A SURREPLY**

THIS MATTER comes before the Court on Plaintiff's Motion for Leave to File a Sur-Reply. *Doc. 176*. Plaintiff seeks leave to file a surreply to Defendants' Reply in support of their Motion for Partial Summary Judgment to Dismiss Counts III–V (*doc. 166*). Plaintiff's motion indicates that Defendants do not oppose Plaintiff's filing a surreply, on the condition that Plaintiff not oppose Defendants' filing of a reply to that surreply. *Doc. 176* at 2. Plaintiff does not oppose an additional reply from Defendants. *Id*. The Court having considered the motion, and being duly advised, finds it to be well-taken and hereby GRANTS it.

IT IS THEREFORE ORDERED that Plaintiff shall file his surreply to Defendants' Reply (*doc. 166*) no later than **January 7, 2020**. Defendants shall file their reply to Plaintiff's surreply, if any, no later than **January 11, 2020**.

_____
GREGORY B. WORMUTH
UNITED STATES MAGISTRATE JUDGE
**Presiding by Consent**