**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

TODD JAGER,

    Plaintiff,

v.                                                    CV No. 18-743 GBW/CG

JAMES MULHERON, et al.,

    Defendants.

## ORDER VACATING TELEPHONIC STATUS CONFERENCE AND SETTLEMENT CONFERENCE

**THIS MATTER** is before the Court on the *Final Order*, (Doc. 191), filed February 4, 2020. In the Court's *Final Order*, this case was dismissed and has been administratively closed. (Doc. 191 at 1).

**IT IS THEREFORE ORDERED** that the settlement conference scheduled for February 25, 2020, and the telephonic status conference set for February 18, 2020, are hereby **VACATED**.

**IT IS FURTHER ORDERED** that all deadlines associated with the Court's *Order Setting Telephonic Status Conference and Settlement Conference*, (Doc. 189), are hereby **VACATED**.

**IT IS SO ORDERED.**

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE